Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiffs,
GILBERT HERRERA
TRISHA HERRERA

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| GILBERT HERRERA and TRISHA HERRERA,<br><br>            Plaintiffs,<br><br>      v.<br><br>CAPITAL ONE BANK (U.S.A.), N.A.<br><br>            Defendant. | Case No.: 2:17-cv-2428<br><br>**NOTICE OF SETTLEMENT** |

   NOW COME Plaintiffs, GILBERT HERRERA and TRISHA HERRERA, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next sixty (60) days.

   Plaintiffs therefore respectfully request this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED: June 21, 2017           WESTGATE LAW

By: /s/ Matthew A. Rosenthal
     Matthew A. Rosenthal
     Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2017, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which provided notice of said filing by email to the following:

Hunter R Eley
Email: heley@dollamir.com
Chelsea Lynn Diaz
Email: cdiaz@dollamir.com
Doll Amir and Eley LLP
1888 Century Park East Suite 1850
Los Angeles, CA 90067
Phone: 310-537-9100
Fax: 310-557-9101
Email: cdiaz@dollamir.com
Attorneys for Defendant,
Capital One Bank (U.S.A.), N.A.

By: /s/ Matthew A. Rosenthal
     Matthew A. Rosenthal