Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA 91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiffs,
GILBERT HERRERA
TRISHA HERRERA

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| GILBERT HERRERA and TRISHA HERRERA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CAPITAL ONE BANK (U.S.A.), N.A.<br><br>　　　　Defendant. | Case No.: 2:17-cv-2428<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiffs Gilbert Herrera and Trisha Herrera, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), give notice that they voluntarily dismiss all claims in this action *with prejudice*. Defendant Capital One Bank (U.S.A.), N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED: July 28, 2017              WESTGATE LAW

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which provided notice of said filing by email to the following:

Hunter R Eley
Email: heley@dollamir.com
Chelsea Lynn Diaz
Email: cdiaz@dollamir.com
Doll Amir and Eley LLP
1888 Century Park East Suite 1850
Los Angeles, CA 90067
Phone: 310-537-9100
Fax: 310-557-9101
Email: cdiaz@dollamir.com
Attorneys for Defendant,
Capital One Bank (U.S.A.), N.A.

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal